# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EARNEST SCOTT, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MS. ROBINSON** | : | **NO. 18-2115** |

## ORDER

**NOW**, this 20th day of June, 2018, upon consideration of Earnest Scott, Jr.'s Motion to Proceed *In Forma Pauperis* (Document No. 1), the Prisoner Trust Fund Account Statement (Document No. 3), his *pro se* Complaint (Document No. 2), and his pro se Amended Complaints (Document Nos. 5 and 6) it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* is **GRANTED**;

2. Earnest Scott, Jr., #ND-3773, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Scott, an initial partial filing fee of **$7.63** is assessed. The Superintendent or other appropriate official at SCI-Mahanoy or any other prison at which Scott may be incarcerated is directed to deduct **$7.63** from Scott's inmate trust fund account when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to **Civil Action No. 18-2115**. In each succeeding month when the amount in Scott's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Scott's inmate

trust fund account until the fees are paid. Each payment shall reference the docket number for this case, **Civil Action No. 18-2115**;

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI-Mahanoy; and,

4. The Amended Complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim.

/s/TIMOTHY J. SAVAGE